UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIMOLINER, INC. )
    Plaintiff )
  )
vs. ) NO.
  )
SETRA OF NORTH AMERICA, INC. )
    Defendant )

**05-11888 JLT**

## CORPORATE DISCLOSURE STATEMENT
## OF SETRA NORTH AMERICA, INC.

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Setra of North America, Inc., states that DaimlerChrysler Commercial Buses North America owns 100% of its outstanding shares.

SETRA OF NORTH AMERICA,

By its Attorneys,

*[signature]*

James M. Campbell (BBO # 541882)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

William J. Cremer
(pending admission *pro hac vice*)
Thomas R. Pender
(pending admission *pro hac vice*)
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
 (312) 726-3800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following counsel of record for Limoliner, Inc., via ___Mail___ on ___Sept. 16___, 2005:

Jonathan D. Friedman, Esq.
Rudolph Friedman LLP
92 State Street
Boston, MA 02109

_____
James M. Campbell