WJC/TRP/maz                                                                                          381-2-1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC.,<br>　　Plaintiff, | )<br>)<br>) |
| vs. | )　　NO. 05-11888 |
| SETRA OF NORTH AMERICA, INC.,<br>　　Defendant. | )<br>)<br>) |

### AMENDED CORPORATE DISCLOSURE STATEMENT
### OF SETRA OF NORTH AMERICA, INC.

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant SETRA OF NORTH AMERICA, INC. ("SETRA"), a Maine corporation, as a nongovernmental corporate party to this action, states that as a result of recent transactions, 100% of SETRA's outstanding shares are owned by Orion Bus Industries, Inc., and 100% of Orion Bus Industries, Inc's., outstanding shares are owned by DaimlerChrysler North America Holdings Corporation.

　　　　　　　　　　　　　　　　SETRA OF NORTH AMERICA, INC., Defendant,

　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James M. Campbell BBO # 541882
　　　　　　　　　　　　　　　Kiley Belliveau
　　　　　　　　　　　　　　　　Campbell, Campbell, Edwards & Conroy, PC
　　　　　　　　　　　　　　　One Constitution Center, 3rd Floor
　　　　　　　　　　　　　　　　Boston, MA  02129
　　　　　　　　　　　　　　　Tel:  (617) 241-3000

　　　　　　　　　　　　　　　William J. Cremer (pending admission *pro hac vice*)
　　　　　　　　　　　　　　　Thomas R. Pender (pending admission *pro hac vice*)
　　　　　　　　　　　　　　　Cremer, Kopon, Shaughnessy & Spina, LLC
　　　　　　　　　　　　　　　180 North LaSalle Street, Suite 3300
　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　Tel:  (312) 726-3800

106932                                                              1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following counsel of record for Limoliner, Inc., via *First Class Mail* on September 26, 2005.

Jonathan D. Friedman, Esq.
Rudolph Friedman LLP
92 State Street
Boston, MA 02109

*Kiley Belliveau*
Kiley Belliveau

106932                                    2