UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
LIMOLINER, INC.,                              )
       PLAINTIFF,                     )
                                              )
v.                                            )    DOCKET NO.: 05-CV-11888-JLT
                                              )
SETRA OF NORTH AMERICA, INC.,                 )
       DEFENDANT.                     )
_____)

**PLAINTIFF, LIMOLINER INC.'S, MANDATORY DISCLOSURES
PURSUANT TO FED.R.CIV.P. 26(A)(1)**

Pursuant to the Federal Rules of Civil Procedure 26(a)(1) plaintiff, Limoliner, Inc. ("Limoliner") makes the following mandatory disclosures to defendant, Setra of North America, Inc., ("Sentra").

**Disclosure No. 1**

The following are the names and addresses of those individuals who are likely to have discoverable information that plaintiff will rely upon:

1. LimoLiner, Inc. 74 Maple Street, Stoughton MA 02072 (617) 916-2973 (Plaintiff) (Fergus McCann)

2. Setra of North America, Inc., 6012B High Point Road, Greensboro, NC 27407 (defendant, its agents, employees, servants and/or independent contractors including Patrick J. Scully, Robert Jones, Christopher L. Crassweller, the individual who executed the Odometer Disclosure Statement for the sale of the motor vehicle to plaintiff and all other individuals that were involved in the advertising, marketing, negotiation, sales, repairs, refurbishing upon trade-in, odometer disclosures and any other individual with knowledge of this vehicle from 1999 to 2005).

3. New England Fleet Maintenance, Inc.,74 Maple Street, Stoughton, MA 02072 (781) 341-4149. (repair of vehicle)

4. New England Detroit Diesel-Allison, 90 Bay State Road, Wakefield, MA 01880 and 432 Warren Avenue, Portland, ME 04130 (maintenance and service agreements, contracts, records, invoices, bills, proposals and/or receipts relating to the vehicle involved herein including mileage records, all ECM records and/or

1

       computer records relating to the mileage and how it was calculated, all claim history reports indicating mileage).

5.      Upstate Transit, Inc., 207 Geyser Road, Saratoga Springs, NY 12866 (all records relating to the purchase, maintenance, service, repairs, all claims and/or claim history reports indicating repairs and mileage replacement of the ECM including all documentation relating thereto, all invoices, bills, proposals and/or receipts relating to the vehicle involved herein while in the possession of the Transit, all trip tickets, invoices and/or records indicating the correct mileage for which the vehicle traveled during the time Transit owned said vehicle, all records, invoices, bill of sale, Odometer Disclosure Statement, and other documents relating to the trade-in to Setra in 2003.

Plaintiff reserves the right to supplement and/or amend said disclosure up to and including at the time of trial.

## **Disclosure No. 2**

The following documents are currently in plaintiff's possession which plaintiff will rely upon:

1. Documents relating to the sale of said vehicle to plaintiff herein.
2. Advertisements and marketing of Setra including those on their website.
3. Maintenance and repair records while in the possession of Limoliner.
4. Repair and maintenance records along with Claim History Reports in plaintiff's possession from New England Detroit Diesel, Allison.
5. Correspondence between Limoliner and Setra.

Plaintiff reserves the right to supplement and/or amend said disclosure up to and including at the time of trial.

## **Disclosure No. 3**

Plaintiff's damages are computed as follows:

1. Purchase price plus the cost of refitting said vehicle at $155,000.
2. All repair costs incurred.
3. Loss of Revenue.
4. Loss of Business.
5. Attorneys' fees.

Plaintiff reserves the right to supplement and/or amend said disclosure up to and including at the time of trial.

        Respectfully submitted,

        Plaintiff, LimoLiner, Inc.,
        By its Attorney,

        /s/ Jonathon D. Friedmann

        Jonathon D. Friedmann, Esq.
        BBO #: 180130
        RUDOLPH FRIEDMANN LLP
        92 State Street
        Boston, MA 02109
        (617) 723-7700

Dated: November 22, 2005

## CERTIFICATE OF SERVICE

I, Jonathon D. Friedmann, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 22nd day of November, 2005.

/s/ Jonathon D. Friedmann
_____
Jonathon D. Friedmann

James M. Campbell, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129

(pending admission *pro hac vice)*
William J. Cremer, Esq.
Thomas R. Pender, Esq.
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601