AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

LimoLiner, Inc.

V.

Setra of North America, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11888 JLT

TO: (Name and address of Defendant) Setra of North America, Inc., 6012 - B High Point Road, Greensboro, North Carolina 27407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathon D. Friedmann, Rudolph Friedmann LLP, 92 State Street, Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

NOV 10 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 15 NOV 05 |
| NAME OF SERVER (PRINT) | TITLE |
| Gary Smith JR. | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the ~~third-party~~ defendant. Place where served: ___
6012 B HighPoint Rd, Greensboro NC, 27407

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Yvette Asamyndiz

☐ Returned unexecuted: ___

☐ Other (specify): ___

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15 NOV 05
Date

Signature of Server

P.O. Box 58082
Fayetteville NC, 28305
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.