## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC.,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    NO. 05-11888<br>) |
| SETRA OF NORTH AMERICA, INC.,<br>    Defendant. | )<br>) |

### DEFENDANT SETRA OF NORTH AMERICA, INC.'S
### LOCAL RULE 15.1(B) CERTIFICATE

Defendant, Setra of North America, Inc. ("Setra") certifies that on July 6, 2006, it served a copy of its Motion for Leave to File Third-Party Complaint by certified mail/return receipt requested on the following representatives of Upstate Tours, Inc. and Upstate Transit, Inc.:

    UPSTATE TOURS, INC.
    207 Geyser Road
    Saratoga Springs, NY 12866

    GLENN J MATTHEWS
    CHAIRMAN/CHIEF EXECUTIVE OFFICER, UPSTATE TRANSIT, INC.
    2900 State Route 9
    Ballston Spa, NY 12020

    UPSTATE TRANSIT, INC.
    207 Geyser Road
    Saratoga Springs, NY 12866

Pursuant to Local Rule 15.1(B), Setra notified Upstate Tours, Inc. and Upstate Transit, Inc. of the filing of this motion. Setra respectfully requests that it be permitted to file a Supplemental Rule 15.1(B) certificate attaching the applicable return receipts as soon as they are available.

Respectfully submitted,

SETRA OF NORTH AMERICA, INC.

By its Attorneys,

*James M. Campbell*
James M. Campbell, MA 541882
Kiley M. Belliveau, MA 661328
CAMPBELL CAMPBELL EDWARDS & CONROY, PC
One Constitution Plaza
Boston, MA 02129
Tel. No.  (617) 241-3000
Fax. No.  (617) 241-5115

Thomas R. Pender, *pro hac vice*
William J. Cremer, *pro hac vice*
CREMER COPON SHAUGHNESSY & SPINA, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Tel:    (312) 726-3800


**CERTIFICATE OF SERVICE**

    I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, Professional Corporation, attorney for Setra of North America, Inc, hereby certify that on July 6, 2006, a true copy of the above document was served upon the following via the ECF system and First Class Mail:

Jonathon D. Friedmann, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109


/s/  *Kiley M. Belliveau*
Kiley M. Belliveau