UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC.,<br>      Plaintiff,<br><br>v.<br><br>SETRA OF NORTH AMERICA, INC.,<br>      Defendant. | Civil Action No.: 05-11888 |

## CORPORATE DISCLOSURE STATEMENT OF LIMOLINER, INC.

Pursuant to Local Rule 7.3 the plaintiff, Limoliner, Inc., hereby asserts and represents that it has no parent corporation, and that none of its stock is owned by any publicly held company.

                                            Respectfully submitted,
                                            Plaintiff, LimoLiner, Inc.,
                                            By its Attorney,

                                            _____/s/ Robert J. Shea_____
                                            Jonathon D. Friedmann, Esq.
                                            BBO # 180130
                                            Robert J. Shea, Esq.
                                            BBO # 546795
                                            RUDOLPH FRIEDMANN LLP
                                            92 State Street
                                            Boston, MA 02109
                                            (617) 723-7700