UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIMOLINER, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-11888-JLT |
| | * | |
| | * | |
| SETRA OF NORTH AMERICA, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

July 13, 2006

TAURO, J.

After a Scheduling Conference held on July 11, 2006, this court hereby orders that:

1. Defendant's <u>Motion for Leave to File Third Party Complaint</u> [#16] by Defendant is ALLOWED; and

2. A Further Conference to include all parties will be held on Monday, October 23, 2006 at 10 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge