## WHITEMAN OSTERMAN & HANNA LLP

ATTORNEYS AT LAW

ONE COMMERCE PLAZA
ALBANY, NEW YORK 12260
TEL 518.487.7600
FAX 518.487.7777
woh.com

FILED
CLERKS OFFICE

2006 SEP -7  A 10: 58

DISTRICT COURT
DISTRICT OF MASS

CHRISTOPHER M. McDONALD
ASSOCIATE
TEL 518.487.7799
FAX 518.487.7777
cmcdonald@woh.com

September 6, 2006

Hon. Joseph L. Tauro
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: *Limo Liner, Inc. v. Setra of North America, Inc. v. Upstate Tours, Inc., et al.*
    *Civil Action No.: 05-11888*

Dear Judge Tauro:

This firm represents the third-party defendants Upstate Tours, Inc., and Upstate Transit, Inc. (collectively "Upstate"). Upstate was recently served with a third-party summons and complaint in connection with the above-referenced matter. Counsel for the third-party plaintiff Setra of North America, Inc. ("Setra") has consented to an extension of the time for Upstate to answer or otherwise appear in this action, so that we may retain local counsel and make a formal application for admission *pro hoc vice*. Confirming our previous conversation with Chambers, we respectfully request that the time for answering or otherwise responding to the third-party complaint be extended until **October 6, 2006**.

Thank you for you consideration in this matter. Please contact our office if you have any concerns.

Respectfully,

Christopher M. McDonald

cc: Robert L. Sweeney, Esq.
    Joseph M. Campbell, Esq.
    Thomas R. Pender, Esq.

W:\11000's\11053\COR\090606 L2 Tauro.doc