UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

LIMOLINER, INC.,

                Plaintiff,

   -against-                             Civil Action No.: 05-11888

SETRA OF NORTH AMERICA, INC.,

                Defendant.
_____

SETRA OF NORTH AMERICA, INC.,

                Third-Party Plaintiff,

   -against-

UPSTATE TOURS, INC., and UPSTATE TRANSIT, INC.,

                Third-Party Defendants.
_____

**NOTICE OF LIMITED APPEARANCE**

The undersigned hereby appears on behalf of third-party defendant Upstate, Transit Inc. Upstate Transit, Inc. does not hereby submit to the jurisdiction of this court and intends to file a motion to dismiss based upon lack of personal jurisdiction.

                                                  /s/ Leonard M. Singer
                                                  Leonard M. Singer
                                                  BBO 464600
                                                  101 Arch Street, 9th Floor
                                                  Boston, Massachusetts 02110
                                                  (617) 737-7670

**CERTIFICATE OF SERVICE**

      I, Leonard M. Singer, hereby certify that on October 6, 2006, copies of the foregoing document were electronically served on the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

      /s/ Leonard M. Singer
      Leonard M. Singer