UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

LIMOLINER, INC.,

       Plaintiff,

  -against-

SETRA OF NORTH AMERICA, INC.,

       Defendant/Third-Party Plaintiff

  -against-

UPSTATE TOURS, INC., and UPSATE TRANSIT, INC.,

       Third-Party Defendants

_____

Index No.: 05-11888

## CORPORATE DISCLOSURE STATEMENT

    Third-Party Defendant Upstate Transit, Inc. hereby states as follows: Third-Party Defendant Upstate Transit, Inc. is a nongovernmental corporate defendant, organized and existing under the laws of the State of New York. Third-Party Defendant Upstate Transit, Inc. is a wholly-owned subsidiary of Matthews Group, Inc. Matthews Group, Inc. is a nongovernmental corporation organized and existing under the laws of the State of Delaware. None of the stock in either Upstate Transit, Inc., or Matthews Group, Inc., is held by a publicly traded company.

DATED:    October 6, 2006

                                                Respectfully submitted,

                                                /s/ Leonard M. Singer
                                                Leonard M. Singer
                                                BBO 464600
                                                101 Arch Street, 9th Floor
                                                Boston, Massachusetts 02110
                                                Telephone: (617) 737-7670
                                                Facsimile: (617) 395-2625

## **CERTIFICATE OF SERVICE**

I, Leonard M. Singer, hereby certify that on October 6, 2006, copies of the foregoing document were electronically served on the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Leonard M. Singer
Leonard M. Singer
