UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

LIMOLINER, INC.,

                Plaintiff,

     -against-

                                               Index No.: 05-11888

SETRA OF NORTH AMERICA, INC.,

                Defendant/Third-Party Plaintiff

     -against-

UPSTATE TOURS, INC., and UPSATE
TRANSIT, INC.,

                Third-Party Defendants

_____

## MOTION FOR ADMISSION PRO HAC VICE

       Undersigned counsel, Leonard M. Singer, a member of the bar of this Court, who has filed a limited appearance on behalf of third-party defendant Upstate Transit, Inc. in this action, respectfully requests that Robert L. Sweeney, Esq be permitted to also file a limited appearance, and practice in this Court in the above-referenced matter.

       This application is supported by the attached Affidavit of Robert L. Sweeney, sworn to on October 5, 2006

                                      Respectfully submitted,

                                      /s/ Leonard M. Singer
                                      Leonard M. Singer
                                      BBO 464600
                                      101 Arch Street, 9th Floor
                                      Boston, Massachusetts 02110
                                      Telephone: (617) 737-7670
                                      Facsimile: (617) 395-2625

1

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that on October 6, 2006, copies of the foregoing document were electronically served on the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Leonard M. Singer
Leonard M. Singer

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LIMOLINER, INC.,

                Plaintiff,

    -against-

SETRA OF NORTH AMERICA, INC.,

                Defendant/Third-Party Plaintiff

    -against-

UPSTATE TOURS, INC., and UPSATE
TRANSIT, INC.,

                Third-Party Defendants

Index No.: 05-11888

---

## AFFIDAVIT IN SUPPORT OF MOTION
## FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF ALBANY    )

ROBERT L. SWEENEY, ESQ., being duly sworn, deposes and states:

    1.    I am a partner with Whiteman Osterman & Hanna LLP, One Commerce Plaza, Albany, New York 12260, and request permission to appear *pro hac vice* on behalf of Third-Party Defendant Upstate Transit, Inc. ("Upstate Transit") in the above-referenced action.

    2.    I am currently admitted to practice and am in good standing before the federal and state courts of the State of New York. I am admitted to practice before the Supreme Court of the United States as well as the United States Court of Appeals for the Second Circuit.

1

3.    Upstate Transit has requested that I represented them in the above-referenced action.

4.    Leonard M. Singer, Esq., 101 Arch Street, 9th Floor, Boston, Massachusetts will serve as local counsel and will assist me in the above-referenced matter. Mr. Singer is licensed to practice and in good standing in Federal District Court for the District of Massachusetts.

5.    No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6.    I have reviewed and am familiar with the provisions of the United State Code that pertain to procedure and practice in the United States District Courts.

7.    I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Based on the foregoing, I respectfully request that I be admitted *pro hac vice* to enter a limited appearance on behalf of Third-Party Defendant Upstate Transit, Inc. in this action.

ROBERT L. SWEENEY, ESQ.

Sworn to before me this
5th day of October, 2006

Notary Public

MICHELLE THOMAS
Notary Public, State of New York
Qualified in Rensselaer County
No. 01TH5047516
Commission Expires August 07, 20___

2