UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

LIMOLINER, INC.,

             Plaintiff,

    -against-

SETRA OF NORTH AMERICA, INC.,

             Defendant/Third-Party Plaintiff

    -against-

UPSTATE TOURS, INC., and UPSATE
TRANSIT, INC.,

             Third-Party Defendants

Index No.: 05-11888

_____

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that Third-Party Defendant Upstate Transit, Inc. ("Upstate Transit") conferred with Defendant/Third-Party Plaintiff Setra of North America, Inc. ("Setra") and made a good faith attempt to resolve and narrow the issues presented by Upstate Transit's Motion to Dismiss filed on October 6, 2006.

Respectfully submitted,

/s/ Leonard M. Singer
Leonard M. Singer
BBO 464600
101 Arch Street, 9th Floor
Boston, Massachusetts 02110
Telephone: (617) 737-7670
Facsimile: (617) 395-2625

## <u>CERTIFICATE OF SERVICE</u>

I, Leonard M. Singer, hereby certify that on October 16, 2006, copies of the foregoing document were electronically served on the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Leonard M. Singer
Leonard M. Singer