UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC., )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>SETRA OF NORTH AMERICA, INC., )<br>    Defendant. )<br>SETRA OF NORTH AMERICA, INC., )<br>    Third-Party Plaintiff, )<br> )<br>vs. )<br> )<br>UPSTATE TOURS, INC. and UPSTATE )<br>TRANSIT, INC., )<br>    Third-Party Defendants. | NO. 05-11888 |

## NOTICE OF APPEARANCE

Please enter the appearance of Kiley M. Belliveau, Campbell Campbell Edwards & Conroy, P.C., as counsel on behalf of the defendant and third-party plaintiff Setra of North America, Inc.

**SETRA OF NORTH AMERICA**

By its Attorneys,

/s/ *Kiley M. Belliveau*
James M. Campbell, BBO # 541882
Kiley M. Belliveau, BBO # 661328
CAMPBELL CAMPBELL EDWARDS & CONROY, PC
One Constitution Plaza
Boston, MA 02129
Tel. No. (617) 241-3000
Fax. No. (617) 241-5115

Thomas R. Pender, *pro hac vice*
William J. Cremer, *pro hac vice*
CREMER COPON SHAUGHNESSY & SPINA, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: (312) 726-3800

2

**CERTIFICATE OF SERVICE**

I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, Professional Corporation, attorney for Setra of North America, Inc, hereby certify that on October 20, 2006, a true copy of the above document was served upon the following counsel of record via the ECF system:

Jonathon D. Friedmann, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109

Robert L. Sweeney, Esq.
Whiteman Osterman & Hanna, LLP
One Commerce Plaza
Albany, NY 12260

Leonard M. Singer, Esq.
101 Arch St.
Boston, MA 02110

/s/ *Kiley M. Belliveau*
Kiley M. Belliveau