UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIMOLINER, INC., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11888-JLT |
| | * | |
| SETRA OF NORTH AMERICA, INC., | * | |
|     Defendant and Third Party Plaintiff | * | |
| | * | |
| v. | * | |
| UPSTATE TOURS, INC. AND UPSTATE | * | |
| TRANSIT, INC. | * | |
|     Third Party Defendants | * | |

ORDER
October 23, 2006

TAURO, J.

After a Status Conference held on October 23, 2006, this court hereby orders that:

1. SETRA's <u>Motion for Leave to Conduct Jurisdictional Discovery and Extension of Time to Respond</u> is GRANTED;

2. The Parties will conduct a deposition of a representative of Upstate Tours, Inc., before December 22, 2006;

3. In the interest of efficiency, this deposition may include substantive questions;

4. SETRA will file their Opposition on the issue of Personal Jurisdiction by January 13, 2007;

5. A Further Conference will be held on January 23, 2007 at 10:00 am.

IT IS SO ORDERED.

/s/ J. Tauro
United States District Judge