UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC., )<br>      PLAINTIFF, )<br> )<br>v. )<br> )<br>SETRA OF NORTH AMERICA, INC., )<br>      DEFENDANT. )<br> ) | DOCKET NO.: 05-CV-11888-JLT |

## NOTICE OF APPEARANCE

Now comes Christopher Bell of the Law Firm Rudolph Friedmann LLP, 92 State Street, Boston, Massachusetts 02109 and hereby files his appearance on behalf of Plaintiff, LimoLiner, Inc., in the above-captioned matter.

                                            Respectfully submitted,
                                            Plaintiff, LimoLiner, Inc.,
                                            By its Attorneys,

                                            /s/ Christopher Bell
                                            _____
                                            Jonathon D. Friedmann, Esq. (BBO#180130)
                                            Christopher Bell, Esq. (BBO #649844)
                                            RUDOLPH FRIEDMANN LLP
                                            92 State Street
                                            Boston, MA 02109
                                            (617) 723-7700

Dated: December 7, 2006

## CERTIFICATE OF SERVICE

      I, Christopher Bell, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 7th day of December, 2006.

                                          /s/ Christopher Bell
                                          Christopher Bell

James M. Campbell, Esq.
Kiley Belliveau, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129

William J. Cremer, Esq.
Thomas R. Pender, Esq.
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601

Leonard M. Singer, Esq.
101 Arch Street, 9th Floor
Boston, MA 02110