JAMES L. RUDOLPH
ROBERT H. SHAER
JONATHON D. FRIEDMANN
MICHAEL G. TRACY
ANTHONY L. LECCESE
JAMES S. SINGER
JOSEPH W. WORTHEN, II
FLOYD H. ANDERSON
JOHN E. TOOMEY
WENDY M. FISCUS
JOHN H. ROGERS
LISA A. HACK
PATRICK J. CASSIDY
BRYAN S. MACCORMACK
TARA M. HUGHES
THOMAS K. ALEXANDER
CHRISTOPHER BELL
ROBERT E. CURTIS, JR.
ZACHARY J. TUCK
    Of Counsel
GARY E. LAMBERT*
HERBERT WEINBERG
HERBERT D. FRIEDMAN
JARED W. STANSFIELD

*Registered Patent Attorney

# RUDOLPH FRIEDMANN LLP
COUNSELLORS AT LAW

92 STATE STREET

BOSTON, MASSACHUSETTS 02109

(617) 723-7700
Telecopier: (617) 227-0313

OLIVER'S POND
216 HUMPHREY STREET
MARBLEHEAD, MA 01945
(781) 639-4600

To Contact Writer:
Direct: (617) 371-4371
Direct Fax: (617) 723-6510
Email: Jfriedmann@RFLawyers.com

May 7, 2007

Zita Lovett and Kimberly Abaid
Courtroom Clerk and Docket Clerk for Joseph L. Tauro
United States District Court
For The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **LimoLiner, Inc. v. Setra of North America, Inc.**
      **United States District Court; Docket No.: 05-CV-11888-JLT**

Dear Assistant Clerks Lovett and Abaid:

      I am writing to you with regard to the above-captioned matter. This matter is currently scheduled for a Status Conference on **May 29, 2007 at 10:30 a.m.** before Judge Tauro.

      The parties have entered into a Settlement Agreement pursuant to which three payments are to be made by the defendant and/or the third party defendant to the plaintiff. Two of three payments have now been made. The third and final payment is due on or before August 15, 2007.

      The reason for this letter is to request on behalf of all of the parties that the May 29, 2007 Status Conference be cancelled in light of these events. If the final payment is made on or by the August date, then a Stipulation of Dismissal will be filed. If the final payment is not made on or by the August date, then an Agreement for Judgment will be filed. Accordingly, it appears that it would be wasteful of the Court's time to have us appear on May 29, 2007.

      Please advise if appearance will be necessary or if alternatively the Court would prefer to reschedule a Status Conference for some time after August 19, 2007 so that either the Stipulation of Dismissal or Agreement for Judgment would already have been filed.

United States District Court
May 7, 2007
Page 2

**Rudolph Friedmann LLP**

Thank you for your anticipated cooperation in this matter.

Very truly yours,

Jonathon D. Friedmann

JDF/gmy
cc:  Thomas R. Pender, Esq.
     Leonard M. Singer, Esq.
     Fergus McCann, President