UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC.,<br>    PLAINTIFF, | )<br>)<br>) |
| v. | )     DOCKET NO.: 05-CV-11888-JLT<br>) |
| SETRA OF NORTH AMERICA, INC.,<br>    DEFENDANT. | )<br>)<br>) |
| SETRA OF NORTH AMERICA, INC.,<br>    THIRD PARTY PLAINTFF, | )<br>)<br>) |
| v. | )<br>) |
| UPSTATE TOURS, INC. and<br>UPSTATE TRANSIT, INC.,<br>    THIRD PARTY DEFENDANTS. | )<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice, without costs and with all rights of appeal having been waived.

Respectfully submitted,

Plaintiff,  
LimoLiner, Inc.,

By its Attorney,

_/s/ Jonathon D. Friedmann_  
Jonathon D. Friedmann  
BBO#: 180130  
RUDOLPH FRIEDMANN LLP  
92 State Street  
Boston, MA 02109  
(617) 723-7700

Defendant,  
Setra of North America, Inc.

By its Attorney,

_/s/ Thomas R. Pender_  
Thomas R. Pender  
BBO#:  
CREMER, KOPON, SHAUGHNESSY &  
SPINA, LLC  
180 North LaSalle Street, Suite 3300  
Chicago, IL 60601  
(312) 726-3800

Third Party Defendant, Upstate Transit, Inc.
Formerly doing business as Upstate Tours


_____
Leonard M. Singer
BBO#: 464600
101 Arch Street, 9th Floor
Boston, MA 02110

## CERTIFICATE OF SERVICE

I, Jonathon D. Friedmann, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 16th day of August, 2007.

Jonathon D. Friedmann

James M. Campbell, Esq.
Kiley Belliveau, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129

William J. Cremer, Esq.
Thomas R. Pender, Esq.
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601

Leonard M. Singer, Esq.
101 Arch Street, 9th Floor
Boston, MA 02110

Robert L. Sweeney, Esq.
Whiteman Osterman & Hanna, LLP
One Commerce Plaza
Albany, NY 12260